## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Heidi Neuer, | Civil No. 09-395 (RHK/RLE) |
| Plaintiff, | **ORDER** |
| vs. | |
| Windham Professionals, Inc. and John Doe, | |
| Defendants. | |

Based upon the Stipulation of Dismissal with Prejudice (Doc. No. 5) filed by Plaintiff on May 1, 2009, and upon all the files, records and proceedings herein,

**IT IS ORDERED** that all claims asserted by Plaintiff in the above-entitled action, including all claims for attorney's fees, are hereby **DISMISSED WITH PREJUDICE** and on the merits, without cost to any of the parties hereto.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 4, 2009

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge